UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRIS PHILLIPS (#314813)

VERSUS                                           CIVIL ACTION

TRISH FOSTER, ET AL                              NUMBER 07-428-FJP-SCR

ORDER

Plaintiff mailed a letter dated December 12, 2007 to the Clerk of Court, which was docketed in the record.  Record document number 38.  In the letter the plaintiff requested issuance of an order prohibiting the classification officer, or other officers, from interfering with his access to the courts.  A review of the record indicates that whatever the classification officer did or did not do had no apparent affect on the plaintiff's case.  Both defendants Maj. Chad Darbonne and Classification Officer H. Duncan have been served and have made an appearance by filing a motion for summary judgment.[1]  Plaintiff's amended complaint has also been filed.[2]

Therefore;

IT IS ORDERED that, insofar as the plaintiff sought issuance of an order from the court, his request is denied.  No further action by the court is warranted.

Baton Rouge, Louisiana, December 20, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document numbers 36 and 37.

[2] Record document number 39.