UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRIS PHILLIPS (#314813)

VERSUS                                        CIVIL ACTION

TRISH FOSTER, ET AL                           NUMBER 07-428-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's claims against Lt. Smith shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, January 15, 2008.

```
                              _____
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```

Doc#44949