UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRIS PHILLIPS (#314813)

VERSUS

TRISH FOSTER, ET AL

CIVIL ACTION

NUMBER 07-428-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that both the plaintiff's Motion to Dismiss Defendants' Eleventh Immunity Claim and his Motion for Summary Judgment shall be denied, and the defendants' Cross Motions for Summary Judgment shall be granted, and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 17th, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA
by James J. Brady
USDJ

Doc#45123